UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Case No. |
| v. | ) | 18-CR-51-JMH-1 |
| | ) | |
| CHAUNCEY MYRON ADAMS | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*

Counsel for the defendant having filed a Motion For Rearraignment DE #22) and a Notice of Withdrawal of his Motion to Suppress (DE #23),

**IT IS ORDERED** that the withdrawn Motion to Suppress (DE #20) is DENIED AS MOOT. The Motion Hearing, scheduled for July 30, 2018 at 11:30 a.m. is CONVERTED to a Rearraignment.

This the 24th day of July, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge